JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CALM VENTURES LLC, a California Limited Liability Company dba PINEAPPLE HILL SALOON & GRILL,**<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as Governor of California, *et al*.;**<br><br>Defendants. | Case No. CV 20-11501-JFW-PVCx<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss (ECF No. 68), IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

Dated:  July 19, 2021

_____
The Honorable John F. Walter

1